**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Michael A. LaPorta

                  Plaintiff,

v.                                                        Case No.: 1:14−cv−09665
                                                          Honorable Harry D. Leinenweber

City Of Chicago, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 12, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber: Motion hearing held on 7/12/2016. As discussed in open court, Defendant will provide Plaintiff with any other files relating to relevant IPRA investigations within 14 days. The Court takes Plaintiff's Motion for Sanctions [ECF No. 113] under advisement. Pursuant to the agreement of the parties, the Court sets the following schedule for the remainder of discovery: Fact discovery will close on 09/16/2016; Plaintiff will disclose any remaining experts not previously disclosed by 9/16/2016; Defendant will depose Plaintiff's experts by 10/16/2016; Defendant will disclose its experts by 11/16/2016; Plaintiff will depose Defendant's experts by 12/31/2016; the parties will file their motions for summary judgment by 1/31/2017, with responses due by 2/28/2017 and replies due by 3/17/2017. The Court will rule by mail. The Motion for leave to file under seal Exhibit E to Defendant City of Chicago's response in opposition to plaintiff's Rule 37 Motion for Sanctions [116] is granted. Status set for 9/15/2016 at 9:00 a.m. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.