

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. LAPORTA, as Guardian of the estate and person of Michael D. LaPorta, a disabled person,<br>      Plaintiff,<br>v.<br><br>CITY OF CHICAGO, a municipal corporation; GORDON LOUNGE, INC., d/b/a BREWBAKERS; RUTH G., INC., d/b/a McNALLY'S,   Defendants. | No. 14 CV 9665<br>Honorable Judge Leinenweber<br><br>*Removed from the Circuit Court of Cook County, Case No.* **10 L 11901** |

## AGREED ORDER

**IT IS HEREBY ORDERED**:

1. Parties are to file their Motions for Summary Judgment by July 31, 2017.

2. Responses to Motions for Summary Judgment are to be filed by August 21, 2017.

3. Replies in support of Motions for Summary Judgment are to be filed by September 1, 2017.

Entered by:

_____
The Honorable Judge Harry D. Leinenweber, Judge
United States District Court

Dated : **6/28**, 2017

Prepared by:

Antonio M. Romanucci
Martin D. Gould
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago IL 60654
312/458-1000
312/458-1004 *facsimile*
Attorney No.: 6190290

1

2017 JUN 29 PM 5:00