IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. LAPORTA, as Guardian of the estate and person of Michael D. LaPorta, a disabled person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation, PATRICK KELLY; GORDON LOUNGE, INC, d/b/a BREWBAKERS; RUTH G., INC., d/b/a McNALLY's<br><br>Defendants. | Case No.: 14 C 9665<br><br>Judge Leinenweber |

## **DEFENDANT CITY OF CHICAGO'S PROPOSED VOIR DIRE**

Has your life ever been touched by suicide or a suicide attempt?
    Have you ever attempted or anyone close to you ever attempted or committed suicide?

Have you or anyone close to you ever had to care long-term for a seriously ill or injured person?

Do you know anyone who has suffered a traumatic brain injury?

Do you believe that just because this case has made it to trial that Plaintiff should be awarded some damages?

Could you award no damages, despite a serious injury, if Plaintiff is unable to sustain his burden of proof against any of the parties he is suing?

Have you or anyone close to you ever been the victim of a crime that was not solved?
    Do you blame the police for not solving it?

Have your or anyone close to you ever been arrested? Do you have any negative feelings about the way you were treated by any of the police officers you came into contact with?

Have you or anyone close to you ever had a negative experience with a police officer?
    Chicago Police Officer?
    Did you or the person report it?

Do you have an opinion or impression of police in general, or the Chicago Police Department in particular?

Have you or any member of your extended family or a friend ever been the victim of a crime?

If you have a friend or relative who is a police officer, do you discuss their work with them?

Do you believe that police cover up for each other?

Have you ever had an unpleasant or negative experience with the police?

Do you know whether any member of your extended family or any friend has ever had an unpleasant or negative experience with the police?

Are you the type of person who has trouble keeping an open mind?

By:   /s/   *Eileen E. Rosen*
      Eileen E. Rosen
      Stacy A. Benjamin
      James B. Novy
      Theresa Berousek Carney
      Rock Fusco & Connelly, LLC
      321 N. Clark Street, Suite 2200
      Chicago, Illinois 60654
      312.494.1000
      312.494.1001- fax
      eerosen@rfclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the attached document by causing it to be delivered by electronic mean via the CM/ECF System to all counsel of record this 27th day of September, 2017.

        /s/ *Eileen E. Rosen*