IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. LAPORTA, as Guardian of the estate and person of Michael D. LaPorta, a disabled person, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, et al., <br><br> Defendants, <br><br> and <br><br> James E. Morrison and American Addiction Centers, Inc., <br><br> Petitioners. | No. 14 CV 9665 <br><br> Honorable Judge Leinenweber |

## JOINT PETITION TO INTERVENE

*MOTION FOR LEAVE TO FILE PETITION UNDER SEAL PENDING*

Respectfully submitted,

JAMES E. MORRISON, Petitioner

By:  /s/ *Tia C. Ghattas*
Tia C. Ghattas, ARDC #6269818
Elisabeth C. Ross, ARDC #6220648
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
T (312) 474-7900
F (312) 474-7898
tghattas@cozen.com
eross@cozen.com

AMERICAN ADDICTION CENTERS, INC., Petitioner

By:  /s/ *William P. Pistorius* (with consent)
William P. Pistorius, ARDC #6196117
William C. Dickinson, ARDC #6299643
Clausen Miller P.C.
10 South LaSalle Street
Chicago, Illinois 620603
T (312) 855-1010
F (312) 606-7777
wpistorius@clausen.com
wdickinson@clausen.com

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on **September 28, 2017** a copy of the attached **Joint Petition to Intervene (*Motion for Leave to File Under Seal Pending)*** was filed electronically with the Clerk of the Court using the CM/ECF system. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

/s/ *Elisabeth C. Ross*