IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, as Guardian of the estate of Michael D. LaPorta, a disabled person,<br>   Plaintiff,<br>  v.<br><br>CITY OF CHICAGO, a municipal Corporation, et al. | No. 14 CV 9665<br>Honorable Judge Leinenweber<br><br>*Removed from the Circuit Court of Cook County, Case No.* **10 L 11901** |

## ORDER

**IT IS HEREBY ORDERED**:

1. The Clerk of the Court is directed to change the case caption so that the Plaintiff is changed to read "First Midwest Bank, as Guardian of the estate of Michael D. LaPorta, a disabled person".

2. The attorneys for Plaintiff remain the same.

Entered by:

_____
The Honorable Judge Harry D. Leinenweber, Judge
United States District Court

Dated: 10/23/, 2017

Prepared by:

Antonio M. Romanucci
Martin D. Gould
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago IL 60654
312/458-1000
312/458-1004 *facsimile*
Attorney No.: 6190290