

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FIRST MIDWEST BANK, as Guardian of )
the estate of Michael D. LaPorta, )
a disabled person, )
        Plaintiff, )
    v. )    No. 14 CV 9665
)    Honorable Judge Leinenweber
CITY OF CHICAGO, a municipal corporation; )
GORDON LOUNGE, INC., d/b/a )    ***Removed from the Circuit Court of***
BREWBAKERS )    ***Cook County, Case No. 10 L 11901***
        Defendants. )

## <u>ORDER</u>

**IT IS HEREBY ORDERED:**

    (a) The settlement between Plaintiff and defendant GORDON LOUNGE, INC., d/b/a BREWBAKERS is fair and reasonable, and is hereby approved;

    (b) GORDON LOUNGE, INC., d/b/a BREWBAKERS, is hereby dismissed, subject to the terms of the agreement between the parties; and

    (c) This matter is hereby referred to the Probate Division of the Circuit Court of Cook County for further approval of the disbursement of the settlement and management of the estate.

Entered by:

_____
The Honorable Judge Harry D. Leinenweber, Judge
United States District Court

Dated : 10/23/, 2017

Prepared By:

Antonio M. Romanucci
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago IL 60654
312/458-1000
312/458-1004 *facsimile*
Attorney No.: 6190290

U.S. DISTRICT COURT
CLERK

2017 OCT 25 AM 8:53