IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| First Midwest Bank, Guardian of the estate of Michael D. LaPorta, a disabled person, <br><br> Plaintiff(s), <br><br> v. <br><br> City of Chicago, <br><br> Defendant(s). | Case No. 14 C 9665 <br> Judge Harry D. Leinenweber |

## ORDER

The jury finds in favor of the plaintiff, First Midwest Bank, as Guardian of the estate of Michael D. LaPorta, a disabled person, and against the defendant City of Chicago in the total amount of $44,700,000.00. Judgment is hereby entered on the verdict in favor of the plaintiff and against the defendant in the amount of $44,700,000.00. Trial ends-jury.

Date: 10/26/2017

/s/ Harry D. Leinenweber
United States District Judge