ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

First Midwest Bank, as Guardian of the estate of
Michael D. LaPorta, a disabled person,

Plaintiff(s),

v.

City of Chicago,

Defendant(s).

Case No. 14 C 9665
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the plaintiff First Midwest Bank, as Guardian of the estate of Michael D. LaPorta, a diabled person and against the defendant, City of Chicago

This action was *(check one)*:

☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 10/26/2017                           Thomas G. Bruton, Clerk of Court

                                           Wanda Parker, Deputy Clerk