

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, as Guardian of the estate and person of Michael D. LaPorta, a disabled person,<br>    Plaintiff,<br>v.<br><br>CITY OF CHICAGO, a municipal corporation;<br>    Defendant. | No. 14 CV 9665<br>Honorable Judge Leinenweber |

## AGREED ORDER

**IT IS HEREBY ORDERED**:

Plaintiff's Unopposed Motion for extension of time [455] and proposed deadline schedule that was granted [457], is amended as follows:

January 5, 2018 – Deadline for City to respond to Plaintiff's initial submission.

January 26, 2018 – Deadline for parties to specify objections and said basis for any objections to requested rates, fees and costs and to specify agreement as to reasonable rates, costs and fees for compensation. Thereafter the parties are to attempt to resolve any remaining disputes.

February 9, 2018 – Deadline to complete joint statement.

February 12, 2018 – Plaintiff to file Petition for Fees, along with Joint Statement.

Entered by:

12/19/17

_____
The Honorable Judge Harry D. Leinenweber, Judge
United States District Court

Dated: December 18, 2017

Prepared by:
Eileen E. Rosen
Rock Fusco & Connelly
321 N. Clark St., Suite 2200
Chicago IL 60654
312-494-1000
312-494-1001 *facsimile*
Attorney No.: 6217428

RECEIVED-EDA
17 DEC 20 PM 3:27
CLERK
U.S. DISTRICT COURT