IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, as Guardian of the estate of Michael D. LaPorta, a disabled person,<br>　　　　Plaintiff,<br>　　v.<br><br>CITY OF CHICAGO, a municipal corporation;<br><br>　　　　Defendant. | No. 14 CV 9665<br>Honorable Judge Leinenweber<br><br>*Removed from the Circuit Court of Cook County, Case No*. **10 L 11901** |

## PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD WITH COMPARABLE CASES IN LETTER FORMAT

NOW COMES the Plaintiff, FIRST MIDWEST BANK, as Guardian of the Estate of Michael D. LaPorta, a disabled person, by and through his attorneys, ROMANUCCI & BLANDIN, LLC, and in moving this honorable court to supplement the record with comparable cases in letter format, states as follows:

1. On October 26, 2017, a jury of the Northern District of Illinois returned a unanimous verdict awarding Michael D. LaPorta compensatory damages for life-changing injuries in the amount of $44,700,000. *See* Dkt. 446.

2. On November 24, 2017, Defendant City of Chicago filed their Motion for Remittitur, *see* Dkt. 460, and subsequently filed a Corrected Motion for Remittitur on December 15, 2017. *See* Dkt. 498.

3. Plaintiff timely filed its Response to Defendant City of Chicago's Motion for Remittitur on January 16, 2015. *See* Dkt. 506.

4. In its response, Plaintiff included a footnote, which states: "Plaintiff reserves the right to cite additional cases proving the damages were reasonable, for example, the agreement made today, January 16, 2018, by the City of Chicago to pay $115 million to the dancer paralyzed by a bus shelter." Dkt. 506, pg. 5, f.n. 1.

5. By this footnote, Plaintiff reserved the right to supplement cases with comparable damage awards to the record in a timely fashion.

6. Defendant City of Chicago filed its Reply in Support of its Motion for Remittitur on February 22, 2018. Dkt. 522.

7. Now, one week later, Plaintiff intends to supplement the record in accordance with the reservation in its footnote in the form of a letter in support of our response brief that the amount awarded by the jury was reasonable. *See* Ex. 1, Letter to the Court.

8. Plaintiff does not intend to offer any argument on the applicability of the cases as they speak for themselves.

9. Plaintiff, instead, has cited each case with their caption, jurisdiction, case number, and the damage figures for the Court's convenience. *See id*.

10. Plaintiff has also printed out the Jury Verdict Reporter for each case cited. *See* Ex. 2-A-2-J, Jury Verdict Reporter and Westlaw Printouts.

WHEREFORE, for the reasons stated herein, Plaintiff FIRST MIDWEST BANK, as Guardian of the estate of Michael D. LaPorta, a disabled person, by and through his undersigned counsel would respectfully ask this Court to grant Plaintiff's Motion to Supplement the Record With Comparable Cases in Letter Format.

                                                                   Respectfully submitted,

                                                                   s/ Antonio M. Romanucci

                     Attorney for Plaintiff

Antonio M. Romanucci
Martin D. Gould
Bruno R. Marasso
Nicolette A. Ward
Bryce T. Hensley
Debra L. Thomas
**Romanucci & Blandin, LLC**
312 North Clark Street Suite 900
Chicago, Illinois 60654
Phone: 312-458-1000
Fax: 312-458-1004
Email: aromanucci@rblaw.net
Email: mgould@rblaw.net
Email: bmarasso@rblaw.net
Email: nward@rblaw.net
Email: bhensley@rblaw.net
Email: dthomas@rblaw.net