# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, as Guardian of the Estate and Person of Michael D. LaPorta, a disabled person, | ) ) Appeal from the United States ) District Court, Northern District of ) Illinois, Eastern Division ) |
| Plaintiff-Appellee, | ) No. 14-cv-9665 ) |
| v. | ) The Honorable ) Harry D. Leinenweber, |
| CITY OF CHICAGO, a Municipal Corporation, | ) Judge Presiding. ) ) |
| Defendant-Appellant. | ) |

## NOTICE OF APPEAL

Defendant CITY OF CHICAGO, by its attorney, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of the United States District Court, Northern District of Illinois, Eastern Division, entered on the docket on October 30, 2017, in favor of plaintiff and against defendant on the jury's verdict (R. 443), and corresponding minute order (R. 442). The City also appeals from the memorandum opinion and order entered August 29, 2018, which denied the City's motion for judgment as a matter of law, motion for new trial, and motion for remittitur, and granted in part and denied in part plaintiff's bill of costs and petition for fees and awarded plaintiff $19,160.32 in costs and $2,558,991.50 in attorney's fees (R. 561), along with the order denying the pre-correction version of the City's motions as moot (R. 562), and all other orders made appealable by entry of final judgment.

By this appeal, defendant CITY OF CHICAGO will ask the court of appeals to reverse the judgment and the adverse orders and rulings of the district court and grant such other relief as it

may be entitled to on this appeal.

                              Respectfully submitted,

                              EDWARD N. SISKEL
                              Corporation Counsel
                                 of the City of Chicago

By:    s/ Eileen E. Rosen
        Eileen Rosen
        Stacy A. Benjamin
        James B. Novy
        Theresa Berousek Carney
        Rock Fusco & Connelly, LLC
        321 N. Clark Street, Suite 2200
        Chicago, Illinois 60654
        312.494.1000
        312.494.1001- fax
        erosen@rfclaw.com

## CERTIFICATE OF SERVICE

      The foregoing NOTICE OF APPEAL has been electronically filed on September 21, 2018. I certify that I have caused the foregoing NOTICE OF APPEAL to be served on all counsel of record via CM/ECF electronic notice on September 21, 2018.

                              By:    s/ Eileen E. Rosen
                                          Eileen E. Rosen