IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, as Guardian of the estate of Michael D. LaPorta, a disabled person,<br>    Plaintiff,<br>    v.<br><br>CITY OF CHICAGO, a municipal corporation;<br>    Defendant. | No. 14 CV 9665<br>Honorable Judge Leinenweber |

## AGREED ORDER

**IT IS HEREBY ORDERED**:

By agreement of the parties, the Clerk for the Northern District of Illinois is directed to withdraw trial exhibits previously filed as ECF 567-28, 567-40, ECF 567-43 and ECF 598-26. Counsel shall file redacted versions of the same exhibits.

Entered by: _____

The Honorable Judge Harry D. Leinenweber, Judge
United States District Court
6/13/2019

Prepared by:
Stacy A. Benjamin
Rock Fusco & Connelly
321 N. Clark St., Suite 2200
Chicago IL 60654
312-494-1000
312-494-1001 *facsimile*
Attorney No.: 6217428